AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-00179-BU

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Carmen Walker__
was received by me on *(date)* __1-20-22__.

☒ I personally served the summons on the individual at *(place)* __US Marshals Office Abilene, TX__ on *(date)* __2-15-22__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)*: _____

My fees are $ _____  for travel and $ __65.00__  for services, for a total of $ __65.00__

I declare under penalty of perjury that this information is true.

Date: __2-15-22__

_____
Server's signature

__Chance Ferguson CI DUSM__
Printed name and title

__341 Pine St. 2nd Fl. Abilene, TX__
Server's address

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Marcus Maxwell | 1:18-CV-0179-BU |
| DEFENDANT | TYPE OF PROCESS |
| Robert Almanza, Jr., et al. | Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Carmen Walker

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
See attached Exhibit 'B' which should remain SEALED.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. District Clerk
341 Pine Street, Room 2008
Abilene, Texas 79601

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

ADDRESS TO REMAIN SEALED

Signature of Attorney other Originator requesting service on behalf of:
[signature: Kirkland]
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 325-677-6311
DATE: 01/20/2022

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 077
District to Serve No. 077
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 01-20-22

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 2-15-22
Time: 3:20 ☒ pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | — | — | 65.00 | | $0.00 65.00 |

REMARKS: Served in person to Carmen Walker

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80