U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 23 2024

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK, ABILENE, AND SAN ANGELO DIVISIONS

### SPECIAL ORDER NO. 3-355

Effective December 31, 2024, all civil and criminal cases filed in the Lubbock, Abilene, and San Angelo Divisions will be assigned to Judge Wes Hendrix.

Except as otherwise ordered, effective December 31, 2024, the clerk is to reassign all Lubbock, Abilene, and San Angelo Division cases that are assigned to Senior District Judge Sam Cummings to Judge Wes Hendrix. These cases shall henceforth carry the suffix letter "H."

Any other matter filed in the Lubbock, Abilene, or San Angelo Division that is not addressed by this order or by another order of the court will be assigned to Judge Wes Hendrix if the matter requires judicial action. If a closed case assigned to Judge Cummings in the Lubbock, Abilene, or San Angelo Division is later reopened, the clerk is to reassign that case to Judge Hendrix.

This order supersedes Second Amended Special Order No. 3-345.

**SO ORDERED.**

December 23, 2024

DAVID C. GODBEY
CHIEF JUDGE